Civil Action No.   **1:25-cv-00956-UNA**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Poshmark, Inc.**
was recieved by me on **7/31/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Megan Gonzalez**, who is designated by law to accept service of process on behalf of **Poshmark, Inc.** at **3500 S Dupont Hwy, Dover, DE 19901** on **08/01/2025 at 8:52 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 136.74** for services, for a total of **$ 136.74**.

I declare under penalty of perjury that this information is true.

Date:   08/01/2025

*Server's signature*

**Regine Stuckey**
*Printed name and title*

**1438 s farmview drive**
**Dover, DE 19904**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT; EXHIBIT 2; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; CIVIL COVER SHEET; SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; EXHIBIT 1, to Megan Gonzalez who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 18-25 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**




Tracking #: **0180313761**